INTERNATIONAL CARBONIC ENGINEER-
ING COMPANY, Appellant, v. NATURAL
CARBONIC PRODUCTS, Inc., a Corpora-
tion, George Pepperdine Foundation, a
Corporation, L. H. Polderman, W. L. Ben-
son and C. B. Benson, Individually and as
a Copartnership Doing Business Under
the Fictitious Firm Name and Style of Nat-
ural Carbonic Products, Appellees.

No. 11054.

Circuit Court of Appeals, Ninth Circuit.
Dec. 16, 1946, as Amended Dec. 26, 1946.

Lyon & Lyon, Leonard S. Lyon, and Reg-
inald E. Caughey, all of Los Angeles, Cal.,
for appellants.

Casimir A. Miketta, of Los Angeles, Cal.,
(Ward D. Foster, of Los Angeles, Cal., of
counsel), for appellees.

Before MATHEWS, STEPHENS, and
ORR, Circuit Judges.

PER CURIAM.

The opinion prepared by the late Judge
Ralph E. Jenney (57 F.Supp. 248) suffi-
ciently sets forth the salient facts and, in
general, correctly analyzes the issues and
applies the law. We find no error, and
therefore the judgment appealed from is
affirmed.

UNITED STATES ex rel. Gene McCANN,
Appellant, v. Tom C. CLARK, Attorney
General, James E. Mulcahy, United States
Marshal, and E. E. Thompson, Warden.
Appellees.

No. 111, Docket 20388.

Circuit Court of Appeals, Second Circuit.
Dec. 26, 1946.

Gene McCann, pro se.

John J. Donovan, Jr., of New York City,
for appellees.

Before L. HAND, CHASE, and
FRANK, Circuit Judges.

PER CURIAM.
Order affirmed.